**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: T.G., A MINOR   :   No. 200 EAL 2019
                                                  :
                                                  :
PETITION OF:  F.A., MOTHER   :   Petition for Allowance of Appeal from
                                                  :   the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 23rd day of May, 2019, the Petition for Allowance of Appeal is

**DENIED**.